IH-32                                                                                      Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Ryan O'Dell,

| | |
|---|---|
| Plaintiff | Case Number |
| vs. | 1:22-cv-10132 |
| Altra Industrial Motion Corp., et al. | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Shiva Stein,

| | |
|---|---|
| Plaintiff | Case Number |
| vs. | 1:22-cv-10063-JPC |
| Altra Industrial Motion Corp., et al. | |
| Defendant | |

IH-32                                                                                                 Rev: 2014-1

Status of Earlier Filed Case:

☐    Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑    Open          (If so, set forth procedural status and summarize any court rulings.)

The complaint and civil cover sheet were just filed on November 28, 2022 and the case is currently assigned to Judge John P. Cronan.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The two cases have the same exact defendants and the allegations in both complaints are based on the same alleged conduct at the Defendant corporation.  Both complaints allege violations of the same exact securities laws and rules -- namely, Sections 14(a) and 20(a) of the Securities Exchange Act of 1934, SEC Rule 14a-9 and 17 C.F.R. Section 244.100.

Signature:    s/ Benjamin Y. Kaufman        Date: 11/29/2022

Firm:    Wolf Haldenstein Adler Freeman & Herz LLP