**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------

| | |
|---|---|
| RYAN O'DELL, | : |
| | : |
| Plaintiff, | :   Civil Action No. 1:22-cv-10132 |
| | : |
| v. | : |
| | : |
| ALTRA INDUSTRIAL MOTION CORP., | : |
| CARL R. CHRISTENSON, LYLE G. | : |
| GANSKE, J. SCOTT HALL, NICOLE | : |
| PARENT HAUGHEY, DR. MARGOT L. | : |
| HOFFMAN, THOMAS W. SWIDARSKI, LA | : |
| VONDA WILLIAMS, JAMES H. | : |
| WOODWARD, JR., | : |
| | : |
| Defendants. | : |

--------------------------------------------------------

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Rourke C. Donahue of Wolf Haldenstein Adler Freeman & Herz LLP, a member of this Court in good standing, hereby enters an appearance as counsel for Plaintiff Ryan O'Dell in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with the action be served upon the undersigned.

Dated: New York, New York
      November 30, 2022

                                     **WOLF HALDENSTEIN ADLER**
                                     **FREEMAN & HERZ LLP**

                By:   /s/ Rourke C. Donahue
                      Rourke C. Donahue
                      270 Madison Avenue
                      New York, New York 10016
                      donahue@whafh.com
                      Tel: (212) 545-4600

813565

                      *Attorneys for Plaintiff Ryan O'Dell*