**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------

RYAN O'DELL,                                    :
                                                :
                Plaintiff,                      :
                                                :
v.                                              :  No. 1:22-cv-10132
                                                :
ALTRA INDUSTRIAL MOTION CORP.,                  :
CARL R. CHRISTENSON, LYLE G.                    :
GANSKE, J. SCOTT HALL, NICOLE                   :
PARENT HAUGHEY, DR. MARGOT L.                   :
HOFFMAN, THOMAS W. SWIDARSKI, LA                :
VONDA WILLIAMS, JAMES H.                        :
WOODWARD, JR.,                                  :
                                                :
                Defendants.                     :

---------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-

captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with

the Court before service by Defendants of either an answer or a motion for summary judgment,

Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: January 18, 2023                    **WOLF HALDENSTEIN ADLER**
                                           **FREEMAN & HERZ LLP**

                                           /s/ Benjamin Y. Kaufman
                                           Benjamin Y. Kaufman (BK1863)
                                           270 Madison Avenue
                                           New York, New York 10016
                                           Tel: (212) 545-4600
                                           kaufman@whafh.com

                                           *Attorneys for Plaintiff*

813740